BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

*Attorneys for Lead Plaintiff*
*Movant Brandon Barclay*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFA OMAR ALJENDAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BEYOND MEAT, INC., ETHAN BROWN, and LUBI KUTUA,<br><br>Defendants. | Case No.: 2:26-cv-00742-FMO-PVC<br><br>**NOTICE OF MOTION AND MOTION OF MOVANT BRANDON BARCLAY FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**<br><br>Judge: Fernando M. Olguin<br>Date: April 23, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6D |

NOTICE OF MOTION AND MOTION OF MOVANT BRANDON BARCLAY
FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff movant and putative Class member Brandon Barclay ("Movant Barclay"), by and through his undersigned counsel, hereby moves this Court in Courtroom 6D of the United States District Court for the Central District of California, 350 West First Street, Los Angeles, California, 90012, on April 23, 2026 at 10:00 a.m. PT, or as soon thereafter as the matter may be heard, for the entry of an order: (1) appointing the Movant Barclay as Lead Plaintiff for the putative Class pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq.*; and (2) approving his selection of Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein") as Lead Counsel for the putative Class.

This motion is made on the grounds that the Movant Barclay timely filed this motion, and that he is the most adequate plaintiff. Based on the information presently available, the Movant Barclay has the largest financial interest in the relief sought by the Class amongst movants for Lead Plaintiff, meets the requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"), as his claims are typical of the claims of the Class, and he will fairly and adequately represent the interests of the Class. In addition, the Movant Barclay has selected and retained Wolf Haldenstein, a law firm with substantial experience in prosecuting securities class actions, to serve as Lead Counsel for the securities claims. Wolf Haldenstein has done significant work to advance the claims alleged and prosecute this action on behalf of Class members.

This motion is based on this notice of motion and memorandum of points and authorities herein, the Declaration of Betsy C. Manifold ("Manifold Decl.") with attached exhibits thereto filed concurrently herewith and in support thereof, the pleadings and other files and records previously entered in this action, and such other written or oral argument as may be presented to the Court.

Local Rule 7-3 requires counsel "contemplating the filing of any motion . . . [to] first contact opposing counsel to discuss thoroughly . . . the substance of the

1

NOTICE OF MOTION AND MOTION OF MOVANT BRANDON BARCLAY FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

contemplated motion and any potential resolution." No Local Rule 7-3 conference is required before filing this statutory motion for the appointment of a Lead Plaintiff and Lead Counsel in a securities class action because the contents and timing are determined by Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq.* and not subject to any agreement by counsel.

DATED: March 24, 2026          Respectfully submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:   */s/ Betsy C. Manifold*
        BETSY C. MANIFOLD

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

*Attorneys for Movant Brandon Barclay*

2

NOTICE OF MOTION AND MOTION OF MOVANT BRANDON BARCLAY
FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2026, I electronically filed the foregoing with the Clerk using CM / ECF, which will send notification via electronic means to all counsel of record.

DATED: March 24, 2026

/s/ Betsy C. Manifold
BETSY C. MANIFOLD

3

NOTICE OF MOTION AND MOTION OF MOVANT BRANDON BARCLAY
FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL