BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
STEPHANIE AVILES (350289)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
saviles@whafh.com

*Attorneys for Lead Plaintiff*
*Movant Brandon Barclay*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFA OMAR ALJENDAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BEYOND MEAT, INC., ETHAN BROWN, and LUBI KUTUA,<br><br>Defendants. | Case No.: 2:26-cv-00742-FMO-PVC<br><br>**DECLARATION OF BETSY C. MANIFOLD IN SUPPORT OF BRANDON BARCLAY'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Judge: Fernando M. Olguin<br>Date: April 23, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6D |

DECLARATION OF BETSY C. MANIFOLD IN SUPPORT OF MOTION FOR
LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL

I, Betsy C. Manifold, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.      I am a member in good standing of the bar of the State of California and am admitted to practice before this Court. I am a partner with the law firm Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"). I respectfully submit this declaration in support of the Motion of Brandon Barclay ("Movant Barclay") for entry of an order: (1) appointing Movant Barclay as Lead Plaintiff; (2) approving his selection of Wolf Haldenstein as Lead Counsel for the Class; and (3) granting any further relief as the Court may deem just and proper.

2.      Attached are true and correct copies of the following exhibits:

**Exhibit A**:  PSLRA Certification signed by Movant Barclay;

**Exhibit B**:  Loss Chart reflecting the losses incurred by Movant Barclay as a result of his transactions in Beyond Meat, Inc., securities;

**Exhibit C**:  Declaration of Movant Barclay in support of his motion for appointment as Lead Plaintiff and approval of selection of lead counsel;

**Exhibit D**:  Notice published by Pomerantz on January 23, 2026, on *Access Newswire* announcing the pendency of the securities class action; and

**Exhibit E**:  Firm Résumé of Wolf Haldenstein, proposed Lead Counsel for the Class.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of March 2026.

/s/ Betsy C. Manifold
BETSY C. MANIFOLD

- 1 -

DECLARATION OF BETSY C. MANIFOLD IN SUPPORT OF MOTION FOR
LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL

# EXHIBIT INDEX

## TO

## DECLARATION OF BETSY C. MANIFOLD IN SUPPORT OF BRANDON BARCLAY'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

**EXHIBIT**                                                      **PAGE NUMBER**

**Exhibit A:** PSLRA Certification signed by Movant Barclay ............................... 2 -3

**Exhibit B:** Loss Chart reflecting the losses incurred by Movant Barclay as a result of his transactions in Beyond Meat, Inc., securities .............................................. 3-4

**Exhibit C:** Declaration of Movant Barclay in support of his motion for appointment as Lead Plaintiff and approval of selection of lead counsel ............ 5-9

**Exhibit D:** Notice published by Pomerantz on January 23, 2026, on Access Newswire announcing the pendency of the securities class action .................. 10-12

**Exhibit E:** Firm Résumé of Wolf Haldenstein, proposed Lead Counsel for the Class ....................................................................................................... 13-56