# EXHIBIT B

Exhibit B
Page 3

**Loss Chart for Movant Brandon Barclay**
**Beyond Meat, Inc.**
**Cusip: 08862E109**
**Class Period: February 27, 2025  - November 11, 2025**
**Lookback Price:**          **$0.9768**

**Purchase:**

| Date | Number of Shares | Price per Share | Basis |
|---|---|---|---|
| 10/22/25 | 60,000 | $4.7290 | $283,740.00 |
| Less: Retained Shares | 60,000 | $0.9768 | $58,608.00 |
| **LOSS** | | | **$225,132.00** |