# EXHIBIT C

Exhibit C
Page 5

BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com

*Attorneys for Lead Plaintiff Movant Brandon Barclay*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFA OMAR ALJENDAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>BEYOND MEAT, INC., ETHAN BROWN, and LUBI KUTUA,<br><br>                    Defendants. | Case No.: 2:26-cv-00742-FMO-PVC<br><br>**DECLARATION OF LEAD PLAINTIFF MOVANT BRANDON BARCLAY IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF MOVANT'S SELECTION OF COUNSEL** |

DECLARATION OF MOVANT BRANDON BARCLAY ISO MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF MOVANT'S SELECTION OF COUNSEL
CASE NO. 2:26-cv-00742-FMO-PVC

**Exhibit C
Page 6**

I, the undersigned, declare as follows:

1.    I, Brandon Barclay, (the "Movant") respectfully submit this Declaration in support of my Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Declaration"). I have personal knowledge about the information contained in this Declaration.

2.    I am informed of and understand the requirements of serving as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). I understand that I could have chosen to pursue an individual action or taken no action and remained an absent class member. However, I decided to move for Lead Plaintiff in this case because I believe it will best serve the Class.

3.    I, Brandon Barclay, reside in South Carolina and I am a business owner. I have been investing for over 25 years. I traded in Beyond Meat, Inc. ("Beyond Meat" or the "Company") securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in the Action. I am motivated to recover the losses for my own benefit and the benefit of all members of the Class.

4.    I am aware that on January 23, 2026, Mustafa Omar Aljendan filed a putative class action in the United States District Court for the Central District of California seeking relief against Beyond Meat and certain other defendants.

5.    I believe that I will provide exemplary representation to the Class of investors, who purchased or otherwise acquired Beyond Meat securities, during the Class Period. I discussed the allegations against the Company, the procedural background of the action, and the process of appointing a Lead Plaintiff in cases such as this, and attorneys' fees with my attorneys at Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein").

6.    I have retained the law firm of Wolf Haldenstein to represent me in this matter. I believe the allegations against Beyond Meat and the other defendants are meritorious and that the Class will benefit from being represented by an experienced

DECLARATION OF MOVANT BRANDON BARCLAY ISO MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF MOVANT'S SELECTION OF COUNSEL
CASE NO. 2:26-cv-00742-FMO-PVC

- 1 -

Exhibit C
Page 7

and successful securities litigation law firm. I agree to represent all Beyond Meat shareholders who suffered damages during the Class Period and to ensure that the Class achieves the largest recovery possible.

7. I understand that, if appointed, I would owe a fiduciary duty to the Class to work to provide effective representation and to ensure that Lead Counsel effectively litigates the Action. I understand that if I am appointed as Lead Plaintiff, I will owe a duty to the putative Class to provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy. I will do my best to maximize the recovery for the Class.

8. If appointed as Lead Plaintiff, I will actively manage the prosecution of the Action including reviewing documents, having calls and discussing through e-mail with Lead Counsel any developments, participating in discovery, and exercising decision-making to execute a strategy to maximize the recovery of the entire Class.

9. I select Wolf Haldenstein to serve as Lead Counsel on behalf of the Class. This Firm has the experience and ability to effectively and expeditiously bring the Action to a close and achieve a strong recovery on behalf of the Class. I have reviewed the Firm's resume and am, consequently, familiar with the experience, resources, and successes of proposed Lead Counsel, Wolf Haldenstein.

10. It is my goal to resolve this Action in an expeditious manner that is in the best interest of all members of the Class. Through supervision of my chosen counsel, Wolf Haldenstein, I will ensure that the Action is prosecuted for the benefit of the Class in an efficient and effective manner. In that regard, I will direct Wolf Haldenstein to prosecute the Action in such a way to achieve a fair result for all members of the Class.

11. I have also directed counsel to keep me informed of any developments in the Action – including any developments in the Lead Plaintiff proceedings. To this end, I will continue to direct Lead Counsel and oversee the prosecution of this Action

DECLARATION OF MOVANT BRANDON BARCLAY ISO MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF MOVANT'S SELECTION OF COUNSEL
CASE NO. 2:26-cv-00742-FMO-PVC
- 2 -

Exhibit C
Page 8

for the benefit of the Class by reviewing pleadings, orders and motion papers, and conferring amongst ourselves. Further, I agree that I will make myself available to personally travel for any appearances, depositions, settlement hearings, and other meetings necessary to facilitate the prosecution of this Action.

12.    I, Brandon Barclay, hereby reaffirm my commitment to satisfying the fiduciary duties that I will owe to the Class if appointed as Lead Plaintiff, including conferring with counsel regarding litigation strategy; attending court proceedings and depositions, if necessary; and reviewing documents, pleadings and motions in this Action. My main goal is obtaining the largest possible recovery for the Class.

I, Brandon Barclay, declare that the foregoing is true and correct:

Executed on this ___16___ day of March 2026

Brandon Barclay

DECLARATION OF MOVANT BRANDON BARCLAY ISO MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF MOVANT'S SELECTION OF COUNSEL
CASE NO. 2:26-cv-00742-FMO-PVC
- 3 -

Exhibit C
Page 9