# EXHIBIT D

an 23, 2026 18:50:03

## Pomerantz Law Firm Announces the Filing of a C ass Action Against Beyond Meat, Inc. and Certain Officers - BYND

**NEW YORK, NY / ACCESS Newswire / January 23, 2026 /** Pomerantz LLP announces that a class action lawsuit has been filed against Beyond Meat, Inc. ("Beyond Meat" or the "Company") (NASDAQ:BYND) and certain officers.  The class action, filed in the United States District Court for the Central District of California, and docketed under 26-cv-00742, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Beyond Meat securities between February 27, 2025 and November 11, 2025, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are an investor who purchased or otherwise acquired Beyond Meat securities during the Class Period, you have until March 24, 2026, to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.  To discuss this action, contact Danielle Peyton at newaction@pomlaw.com or 64 -5  -9980 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Beyond Meat operates in the food industry, developing, manufacturing, marketing, and selling plant-based meat products under the "Beyond" brand name in the United States ("U.S.") and internationally. The Company owns and leases multiple production, warehousing, research and development, and other properties in the U.S. and abroad.

Since at least early 202 , facing shrinking demand for its products and ballooning debt and losses, Beyond Meat's primary goal has been to achieve operations with positive earnings before interest, taxes, depreciation and amortization ("EBITDA") by the end of 2026. Indeed, on February 26, 2025, during Beyond Meat's earnings call for the fourth quarter and full year of 2024, the Company's President, Chief Executive Officer, and founder, Defendant Ethan Brown, stated that "I want everybody entirely focused on that" goal.

At all relevant times, Defendants consistently and repeatedly touted their focused efforts to achieve EBITDA-positive operations by year-end 2026. Accordingly, throughout the Class Period, Defendants repeatedly emphasized that they were rigidly focused on operating expense reduction, gross margin expansion, and broader operational efficiency and optimization at the expense of other aspects of the Company's business, such as revenue growth, which they explicitly deemphasized as a business concern.

Notwithstanding the foregoing, at all relevant times, Defendants disclosed no anticipated or actual need to record significant asset impairment charges attributable to certain of Beyond Meat's long-lived assets, including its property, plant, and equipment ("PP&E"), operating lease right-of-use ("ROU") assets, or prepaid lease costs.

The complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) the book value of certain of Beyond Meat's long-lived assets exceeded their fair value, making it highly likely that the Company would be required to record a material, non-cash impairment charge; (ii) the foregoing was likely to impair Beyond Meat's ability to timely file its periodic filings with the U.S. Securities and Exchange Commission ("SEC"); and (iii) as a result, Defendants' public statements were materially false and misleading at all relevant times.

The complaint alleges that the truth began to emerge on October 24, 2025, when, during pre-market hours, Beyond Meat filed a current report on Form 8-K with the SEC, reporting the Company's preliminary financial results for the third quarter ("Q3") of 2025. Therein, Defendants revealed that the Company "expects to record a non-cash impairment charge for the three months ended September 27, 2025, related to certain of its long-lived assets," which it "expected to be material."

On this news, Beyond Meat's stock price fell $0.655 per share, or 23.06%, to close at $2.185 per share on October 24, 2025.

**Exhibit D**
**Page 11**

n Novem er , 2 5, during pre-ma ket hours, Beyond Meat issued a press release announcing that it would delay reporting its financial results for Q3 2025, citing the need for additional time to complete its impairment review.

On this news, Beyond Meat's stock price fell $0.265 per share, or 16.01%, to close at $1.39 per share on November 3, 2025.

On November 10, 2025, during post-market hours, Beyond Meat issued a press release announcing its financial results for Q3 2025. Among other results, Beyond Meat reported that its loss from operations for the quarter was $112.3 million, which included "***$77.4 million*** in non-cash impairment charges related to certain of the Company's long-lived assets." (Emphasis added.)

On this news, Beyond Meat's stock price fell $0.12 per share, or 8.96%, to close at $1.22 per share on November 11, 2025.

Then, on November 11, 2025, during post-market hours, Beyond Meat hosted a conference call with investors and analysts to discuss its financial results for Q3 2025. During the call, the Company's Chief Financial Officer and Treasurer Defendant Lubi Kutua disclosed, in relevant part, that "[t]he total impairment amount of $77.4 million was . . . allocated to PP&E, operating lease ROU assets and prepaid lease costs on our balance sheet."

On this news, Beyond Meat's stock price fell an additional $0.105 per share, or 8.61%, to close at $1.115 per share on November 12, 2025.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising.  Prior results do not guarantee similar outcomes.

**SOURCE:** Pomerantz LLP

View the original press release on ACCESS Newswire

-0- Jan/23/2026 23:50 GMT

**Exhibit D**
**Page 12**

© 2026