# EXHIBIT B

| Client Name | Abdulaziz Alkhulaifi |
| --- | --- |
| Company Name | Beyond Meat, Inc. |
| Ticker Symbol | BYND |
| Security Type | |
| Class Period Start | 02-27-2025 |
| Class Period End | 11-11-2025 |
| 90-DAY Lookback Period Start | 11-12-2025 |
| 90-DAY Lookback Period End | 01-26-2026 |
| 90-DAY Lookback Average | $ 01.02 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | $54,236.20 |
| DURA LIFO* Total | $54,236.20 |
| Gross Shares Purchased | 30,000 |
| Net Shares Retained | 10,000 |
| Net Funds Expended | $64,440.60 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 10-21-2025 | 10000 | 2.71506 | $ 27,150.60 | 10-21-2025 | 10000 | | $ 02.90 | $ 29,000.00 | - | - | - | $ 01.02 | | -$ 1,849.40 | -$ 1,849.40 |
| 10-21-2025 | 10000 | 3.469 | $ 34,690.00 | 10-21-2025 | 10000 | | $ 03.60 | $ 36,000.00 | - | - | - | $ 01.02 | | -$ 1,310.00 | -$ 1,310.00 |
| 10-22-2025 | 10000 | 6.76 | $ 67,600.00 | | | | | | - | 10000 | 10000 | $ 01.02 | $ 10,204.40 | $ 57,395.60 | $ 57,395.60 |
| Total: | 30,000 | | $129,440.60 | | 20,000 | | | $65,000.00 | | 10,000 | 10,000 | | $10,204.40 | $54,236.20 | $54,236.20 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.