Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and for the Class*

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFA OMAR ALJENDAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BEYOND MEAT, INC., ETHAN BROWN, and LUBI KUTUA,<br><br>Defendants. | Case No. 2:26-cv-00742-FMO-PVC<br><br>**MOTION OF FRANCIS FARQUHAR-OLIVER FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Fernando M. Olguin<br>HEARING: April 23, 2026<br>TIME: 10:00 a.m.<br>CTRM: 6D |

MOTION OF FRANCIS FARQUHAR-OLIVER FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF CHOICE OF COUNSEL – Case No. 2:26-cv-00742-FMO-PVC

PLEASE TAKE NOTICE that on Thursday, April 23, 2026, at 10:00 a.m. before the Honorable Fernando M. Olguin, in the U.S. Courthouse, 350 W. 1st Street, Courtroom 6D, Los Angeles, California, Francis Farquhar-Oliver ("Movant"), will and does move this Court for an order granting his Motion: (1) for appointment of Movant as Lead Plaintiff of the Class; and (2) for approval of Movant's selection of The Rosen Law Firm, P.A. ("Rosen Law") Lead Counsel for Plaintiffs and the Class.

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B) on the grounds that: (1) Movant should be appointed as Lead Plaintiff for the class of all purchasers of Beyond Meat, Inc. ("Beyond Meat" or the "Company") securities between February 27, 2025 and November 11, 2025, inclusive (the "Class Period"), as Movant has timely made this Motion, has the largest financial interest and otherwise satisfies the pertinent requirements of Federal Rule of Civil Procedure 23; and (3) Movant's selection of Rosen Law as Lead Counsel should be approved as the firm is well-qualified and has extensive experience in cases of this type.

In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Laurence M. Rosen, and a Proposed Order.

2

Local Rule 7-3 and Your Honor's Initial Standing Order A.2. requires a meet and confer of counsel prior to filing motions. Due to the Private Securities Litigation Reform Act of 1995's lead plaintiff procedure, however, Movant does not yet know which other persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of L.R. 7-3 and Your Honor's Initial Standing Order A.2. be waived.

Dated: March 24, 2026                    Respectfully submitted,

                                         **THE ROSEN LAW FIRM, P.A.**

                                         /s/ Laurence Rosen
                                         Laurence M. Rosen, Esq. (SBN 219683)
                                         355 South Grand Avenue, Suite 2450
                                         Los Angeles, CA 90071
                                         Telephone: (213) 785-2610
                                         Facsimile: (213) 226-4684
                                         Email: lrosen@rosenlegal.com

                                         *[Proposed] Lead Counsel for Lead Plaintiff and for the Class*

                                         **THE SCHALL LAW FIRM**
                                         Brian Schall (290685)
                                         2049 Century Park East, Suite 2460
                                         Los Angeles, CA 90067
                                         Telephone: (310) 301-3335
                                         brian@schallfirm.com

                                         *Additional Counsel for Movant.*

3

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On March 24, 2026, I electronically filed the following **MOTION OF FRANCIS FARQUHAR-OLIVER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 24, 2026.

/s/ Laurence Rosen
Laurence M. Rosen

4