# Exhibit 3

Exhibit 3
008

**Beyond Meat, Inc.**
**Class Period: February 27, 2025 through November 11, 2025, inclusive.**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 0.97676667 |
| **Francis Farquhar-Oliver** | 10/24/2025 | 4,835 | ($2.56) | ($12,377.60) | | | | | | | | |
| | 10/24/2025 | 20,336 | ($2.69) | ($54,703.84) | | | | | | | | |
| | 10/24/2025 | 17,506 | ($2.84) | ($49,717.04) | | | | | | | | |
| | 10/24/2025 | 16,518 | ($3.01) | ($49,719.18) | | | | | | | | |
| | 10/24/2025 | 21,955 | ($3.31) | ($72,671.05) | | | | | | | | |
| | | 81,150 | | ($239,188.71) | | | | | 81,150 | $79,264.62 | ($159,924.10) | |

Exhibit 3
009