Robert H. Gruber
**ROBERT GRUBER LAW**
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401
(310) 496-7799
rgruber@reitergruber.com

*Local Counsel for Fiton Imerukaj and
Proposed Liaison Counsel for the Proposed Class*

[Additional Counsel on Signature Block]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFA OMAR ALJENDAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BEYOND MEAT, INC. ETHAN BROWN, and LUBI KUTUA, <br><br> Defendants. | Case No. 2:26-cv-00742-FMO-PVC <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF MOTION OF FITON IMERUKAJ FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF LEAD COUNSEL** <br><br> Judge: Fernando M. Olguin <br> Date: May 21, 2026 <br> Time 10:00 a.m. <br> Crtrm: 6D |

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that a time convenient for the Court, before the Honorable Fernando M. Olguin in Courtroom 6D, 6th Floor, United States District Court, 350 W. 1st Street, Los Angeles, California, movant Fiton Imerukaj ("Imerukaj") will, and hereby does, move this Court for an order granting his motion to:

(a)    appoint Imerukaj as Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B); and

(b)    approve Imerukaj's selection of Bernstein Liebhard LLP as Lead Counsel and Robert Gruber Law as Liaison Counsel.

This Motion is made on the grounds that Imerukaj is the most adequate plaintiff to serve as Lead Plaintiff in the action. This Motion is supported by the accompanying Memorandum of Points and Authorities, the supporting Declaration of Robert H. Gruber and exhibits thereto, the pleadings and other filings in this action, and such other written or oral argument as may be permitted by the Court.

Local Rule 7-3 requires a conference of counsel prior to filing motions. Due to the Private Securities Litigation Reform Act of 1995's lead plaintiff procedure, Imerukaj does not yet know what other entities or persons plan to move for appointment as lead plaintiff, and will not know until after any other movants have filed their respective motions. Under these circumstances, Imerukaj respectfully requests that the conferral requirement of L.R. 7-3 be waived.

Dated: March 24, 2026                   Respectfully submitted,

**ROBERT GRUBER LAW**

/s/ Robert H. Gruber
  Robert H. Gruber (Bar No. 301620)
  100 Wilshire Blvd., Ste. 700
  Santa Monica, CA 90401
  (310) 496-7799
  rgruber@reitergruber.com

*Local Counsel for Fiton Imerukaj and Proposed Liaison Counsel for the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY  10016
(212) 779-1414 (phone)
(212) 779-3218 (fax)
lhasson@bernlieb.com
seidman@bernlieb.com

*Counsel for Fiton Imerukaj and Proposed Lead Counsel for the Proposed Class*

**PROOF OF SERVICE**

I HEREBY CERTIFY that, on March 24, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 24, 2026.

/s/ Robert H. Gruber
Robert H. Gruber