Robert H. Gruber
**ROBERT GRUBER LAW**
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401
(310) 496-7799
rgruber@reitergruber.com

*Local Counsel for Fiton Imerukaj and*
*Proposed Liaison Counsel for the Proposed Class*

[Additional Counsel on Signature Block]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFA OMAR ALJENDAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BEYOND MEAT, INC. ETHAN BROWN, and LUBI KUTUA,<br><br>Defendants. | Case No. 2:26-cv-00742-FMO-PVC<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF ROBERT H. GRUBER IN SUPPORT OF FITON IMERUKAJ'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF LEAD COUNSEL**<br><br>Judge: Fernando M. Olguin<br>Date: May 21, 2026<br>Time 10:00 a.m.<br>Crtrm: 6D |

I, ROBERT H. GRUBER, hereby declare under penalties of perjury that:

1.    I am the Managing Partner of Robert H. Gruber Law, proposed liaison counsel in this action.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit A:   The first notice announcing the pendency of the action;

Exhibit B:   Fiton Imerukaj's sworn certification;

Exhibit C:   Fiton Imerukaj's Loss Chart; and

Exhibit D:   Firm Résumé of Bernstein Liebhard LLP.

Dated: March 24, 2026       */s/ Robert H. Gruber*
                             Robert H. Gruber

1

## PROOF OF SERVICE

I HEREBY CERTIFY that, on March 24, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 24, 2026.

*/s/ Robert H. Gruber*
Robert H. Gruber