Back to the Newsroom

   



# Pomerantz Law Firm Announces the Filing of a Class Action Against Beyond Meat, Inc. and Certain Officers - BYND

Friday, 23 January 2026 06:50 PM

Topic: Class Action

**NEW YORK, NY / [ACCESS Newswire](#) / January 23, 2026 /** Pomerantz LLP announces that a class action lawsuit has been filed against Beyond Meat, Inc. ("Beyond Meat" or the "Company") (NASDAQ:BYND) and certain officers.  The class action, filed in the United States District Court for the Central District of California, and docketed under 26

**Cookie Notice**

We use cookies and similar technologies to support this website's essential functions, as well as for analytics, personalization, and marketing purposes.

Allow          Reject          Cookie Settings

Transparency Page

Act of 1934 and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are an investor who purchased or otherwise acquired Beyond Meat securities during the Class Period, you have until March 24, 2026, to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Beyond Meat operates in the food industry, developing, manufacturing, marketing, and selling plant-based meat products under the "Beyond" brand name in the United States ("U.S.") and internationally. The Company owns and leases multiple production, warehousing, research and development, and other properties in the U.S. and abroad.

Since at least early 2025, facing shrinking demand for its products and ballooning debt and losses, Beyond Meat's primary goal has been to achieve operations with positive earnings before interest, taxes, depreciation and amortization ("EBITDA") by the end of 2026. Indeed, on February 26, 2025, during Beyond Meat's earnings call for the fourth quarter and full year of 2024, the Company's President, Chief Executive Officer, and founder, Defendant Ethan Brown, stated that "I want everybody entirely focused on that" goal.

At all relevant times, Defendants consistently and repeatedly touted their focused efforts to achieve EBITDA-positive operations by year-end 2026. Accordingly, throughout the Class Period, Defendants repeatedly emphasized that they were rigidly focused on operating expense reduction, gross margin expansion, and broader operational efficiency and optimization at the expense of other aspects of the Company's business, such as revenue growth, which they explicitly deemphasized as a business concern.

Notwithstanding the foregoing, at all relevant times, Defendants disclosed no anticipated or actual need to record significant asset impairment charges attributable to certain of Beyond Meat's long-lived assets, including its property, plant, and

**Cookie Notice**

We use cookies and similar technologies to support this website's essential functions, as well as for analytics, personalization, and marketing purposes.

Allow          Reject          Cookie Settings

Transparency Page

exceeded their fair value, making it highly likely that the Company would be required t record a material, non-cash impairment charge; (ii) the foregoing was likely to impair Beyond Meat's ability to timely file its periodic filings with the U.S. Securities and Exchange Commission ("SEC"); and (iii) as a result, Defendants' public statements were materially false and misleading at all relevant times.

The complaint alleges that the truth began to emerge on October 24, 2025, when, during pre-market hours, Beyond Meat filed a current report on Form 8-K with the SEC reporting the Company's preliminary financial results for the third quarter ("Q3") of 2025. Therein, Defendants revealed that the Company "expects to record a non-cash impairment charge for the three months ended September 27, 2025, related to certain of its long-lived assets," which it "expected to be material."

On this news, Beyond Meat's stock price fell $0.655 per share, or 23.06%, to close at $2.185 per share on October 24, 2025.

On November 3, 2025, during pre-market hours, Beyond Meat issued a press release announcing that it would delay reporting its financial results for Q3 2025, citing the need for additional time to complete its impairment review.

On this news, Beyond Meat's stock price fell $0.265 per share, or 16.01%, to close at $1.39 per share on November 3, 2025.

On November 10, 2025, during post-market hours, Beyond Meat issued a press release announcing its financial results for Q3 2025. Among other results, Beyond Meat reported that its loss from operations for the quarter was $112.3 million, which included "**$77.4 million** in non-cash impairment charges related to certain of the Company's long-lived assets." (Emphasis added.)

On this news, Beyond Meat's stock price fell $0.12 per share, or 8.96%, to close at $1.22 per share on November 11, 2025.

Then, on November 11, 2025, during post-market hours, Beyond Meat hosted a conference call with investors and analysts to discuss its financial results for Q3 2025. During the call, the Company's Chief Financial Officer and Treasurer Defendant Lubi Kutua disclosed, in relevant part, that "[t]he total impairment amount of $77.4 million was . . . allocated to PP&E, operating lease ROU assets and prepaid lease costs on our

**Cookie Notice**

We use cookies and similar technologies to support this website's essential functions, as well as for analytics, personalization, and marketing purposes.

Allow                    Reject                    Cookie Settings

Transparency Page

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising. Prior results do not guarantee similar outcomes.

## Solutions

Public Companies

Private Companies

Agencies

Legal

Resellers & Market Research

## Public Relations Products

Access PR Platform

Press Release Distribution

Media Database

Media Pitching

Media Monitoring

**Cookie Notice**

We use cookies and similar technologies to support this website's essential functions, as well as for analytics, personalization, and marketing purposes.

Allow                                    Reject                                    Cookie Settings

Transparency Page

Access IR Platform

IR Website

ADA Compliance

Earnings Calls

Earnings Press Releases

Investor Days

## All Access

All Access

Conference & Event Software

## Professional Services

Service Plans

Platform Add-ons

## Blogs

Press Release Topics

Media Outreach & Engagement Optimization

Competitor Comparisons

IR Websites Best Practices

Earnings Call, Checklists & Preparation

Earnings Press Release Tips

Investor Day Recommendations

**Cookie Notice**

We use cookies and similar technologies to support this website's essential functions, as well as for analytics, personalization, and marketing purposes.

Allow                              Reject                              Cookie Settings

Transparency Page

×

## FAQs

Product

Platform

Company

## About Us

Who We Are

Meet the Team

Investor Relations

Careers

## Our Brands

ACCESS Newswire

Newswire.com

Pressrelease.com

## Contact Us

+1 888-808-2227

Sales

Customer Support

Editorial

Billing Contact

Distribution Partner Inquiry

**Cookie Notice** ✕

We use cookies and similar technologies to support this website's essential functions, as well as for analytics, personalization, and marketing purposes.

Allow                    Reject                    Cookie Settings

Transparency Page

## Cookie Notice

We use cookies and similar technologies to support this website's essential functions, as well as for analytics, personalization, and marketing purposes.

Allow                                         Reject                                    Cookie Settings

Transparency Page