POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
jpafiti@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190

*Counsel for Movants Brandon Mitchell
Waldaias and Aaron Saran and Proposed
Co-Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFA OMAR ALJENDAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>BEYOND MEAT, INC., *et al.*,<br><br>                    Defendants. | Case No. 2:26-cv-00742-FMO (PVCx)<br><br>**NOTICE OF MOTION OF BRANDON MITCHELL WALDAIAS AND AARON SARAN FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**<br><br>DATE: April 23, 2026<br>TIME: 10:00 a.m.<br>JUDGE: Fernando M. Olguin<br>CTRM: 6D |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Brandon Mitchell Waldaias ("Waldaias") and Aaron Saran ("Saran"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order: (1) appointing Waldaias and Saran as Co-Lead Plaintiffs on behalf of a class (the "Class") consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired Beyond Meat, Inc. securities between February 27, 2025 and November 11, 2025, both dates inclusive; and (2) approving proposed Co-Lead Plaintiffs' selection of Pomerantz LLP and Holzer & Holzer, LLC as Co-Lead Counsel for the Class.

In support of their motion, Waldaias and Saran submit a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Waldaias and Saran are aware of Local Civil Rule 7-3, which provides, in relevant part: "[C]ounsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution. The conference must take place in person, by telephone, or via video conference at least 7 days prior to the filing of the motion."  Here,

pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the above-captioned action is March 24, 2026, on which date any member of the putative Class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(I)-(II). Waldaias and Saran will thus not know the identities of the other putative Class members who intend to file competing motions for Lead Plaintiff appointment until March 25, 2026—the day after the statutory deadline—making conferral with opposing counsel and full compliance with the foregoing rule prior to the filing of Waldaias and Saran's motion papers impracticable. Under these circumstances, Waldaias and Saran respectfully request that compliance with Local Civil Rule 7-3 be waived in this instance.

Dated: March 24, 2026

Respectfully submitted,

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
jpafiti@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190

HOLZER & HOLZER, LLC
Corey D. Holzer*
cholzer@holzerlaw.com
211 Perimeter Center Parkway
Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Counsel for Movants Brandon Mitchell
Waldaias and Aaron Saran and Proposed
Co-Lead Counsel for the Class*

*\*Pro hac vice* application forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti