POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
jpafiti@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190

*Counsel for Movants Brandon Mitchell*
*Waldaias and Aaron Saran and Proposed*
*Co-Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFA OMAR ALJENDAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BEYOND MEAT, INC., *et al.*, <br><br> Defendants. | Case No. 2:26-cv-00742-FMO (PVCx) <br><br> **DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF BRANDON MITCHELL WALDAIAS AND AARON SARAN FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL** <br><br> DATE: April 23, 2026 <br> TIME: 10:00 a.m. <br> JUDGE: Fernando M. Olguin <br> CTRM: 6D |

I, Jennifer Pafiti, hereby declare as follows:

1.      I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Brandon Mitchell Waldaias ("Waldaias") and Aaron Saran ("Saran"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Waldaias and Saran's motion for appointment as Co-Lead Plaintiffs for the Class in the above-captioned action (the "Action") and approval of their selection of Pomerantz and Holzer & Holzer, LLC ("Holzer") as Co-Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit 1:   Chart setting forth Waldaias and Saran's financial interest in this litigation;

Exhibit 2:   Press release published via *ACCESS Newswire* on January 23, 2026, announcing the pendency of the Action;

Exhibit 3:   Shareholder Certification executed by Waldaias;

Exhibit 4:   Shareholder Certification executed by Saran;

Exhibit 5:   Joint Declaration executed by Waldaias and Saran;

Exhibit 6:   Firm resume of Pomerantz; and

Exhibit 7:   Firm resume of Holzer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 24, 2026.

/s/ Jennifer Pafiti
Jennifer Pafiti

CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti