# Exhibit 1

Exhibit 1
Page 4

**Beyond Meat, Inc. (BYND)**
**Class Period: February 27, 2025 to November 11, 2025**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sale Date | Shares | Price | Amount | Net Shares Purchased or Acquired | Net Funds Expended | 90-Days* Mean Price $0.9768 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Brandon Mitchell Waldaias | Common Stock |  | 48,629 |  | ($275,368) |  | (48,631) |  | $125,559 | (2) | ($149,808) | $1 | ($149,816) |
| Aaron Saran | Common Stock |  | 23,000 |  | ($140,639) |  | 0 |  | $0 | 23,000 | ($140,639) | $22,466 | ($118,173) |
| Aaron Saran | Options |  | 2 |  | $0 |  | (2) |  | $129 | 2 | $0 | $0 | $129 |
| **Brandon Mitchell Waldaias; Aaron Saran** |  |  |  |  | **($416,007)** |  |  |  | **$125,688** |  |  | **$22,467** | **($267,861)** |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Brandon Mitchell Waldaias | Common Stock |  |  |  |  | Preclass | 3 |  |  |  |  |  |  |
| Brandon Mitchell Waldaias | Common Stock | 10/20/2025 | 5,000 | $0.9354 | ($4,677) | 9/22/2025 | (3) | $2.8067 | $8 |  |  |  |  |
| Brandon Mitchell Waldaias | Common Stock | 10/20/2025 | 4,889 | $0.9251 | ($4,523) | 10/21/2025 | (5,900) | $4.0135 | $23,680 |  |  |  |  |
| Brandon Mitchell Waldaias | Common Stock | 10/20/2025 | 1,111 | $0.9340 | ($1,038) | 10/21/2025 | (5,000) | $2.2001 | $11,001 |  |  |  |  |
| Brandon Mitchell Waldaias | Common Stock | 10/22/2025 | 1,000 | $5.9357 | ($5,936) | 10/22/2025 | (18,000) | $2.7001 | $48,602 |  |  |  |  |
| Brandon Mitchell Waldaias | Common Stock | 10/22/2025 | 5,000 | $6.7500 | ($33,750) | 10/22/2025 | (1,000) | $3.7900 | $3,790 |  |  |  |  |
| Brandon Mitchell Waldaias | Common Stock | 10/22/2025 | 12,000 | $7.2712 | ($87,254) | 10/27/2025 | (17,729) | $2.0901 | $37,055 |  |  |  |  |
| Brandon Mitchell Waldaias | Common Stock | 10/22/2025 | 15,000 | $7.1800 | ($107,700) | 11/3/2025 | (999) | $1.4250 | $1,424 |  |  |  |  |
| Brandon Mitchell Waldaias | Common Stock | 10/22/2025 | 4,400 | $6.7800 | ($29,832) |  |  |  |  |  |  |  |  |
| Brandon Mitchell Waldaias | Common Stock | 10/23/2025 | 100 | $2.9300 | ($293) |  |  |  |  |  |  |  |  |
| Brandon Mitchell Waldaias | Common Stock | 10/23/2025 | 100 | $3.0179 | ($302) |  |  |  |  |  |  |  |  |
| Brandon Mitchell Waldaias | Common Stock | 10/23/2025 | 1 | $3.0277 | ($3) |  |  |  |  |  |  |  |  |
| Brandon Mitchell Waldaias | Common Stock | 10/24/2025 | 10 | $2.0098 | ($20) |  |  |  |  |  |  |  |  |
| Brandon Mitchell Waldaias | Common Stock | 10/24/2025 | 10 | $2.0899 | ($21) |  |  |  |  |  |  |  |  |
| Brandon Mitchell Waldaias | Common Stock | 10/24/2025 | 2 | $2.3250 | ($5) |  |  |  |  |  |  |  |  |
| Brandon Mitchell Waldaias | Common Stock | 10/24/2025 | 2 | $2.3952 | ($5) |  |  |  |  |  |  |  |  |
| Brandon Mitchell Waldaias | Common Stock | 10/24/2025 | 1 | $2.2750 | ($2) |  |  |  |  |  |  |  |  |
| Brandon Mitchell Waldaias | Common Stock | 10/24/2025 | 1 | $2.3056 | ($2) |  |  |  |  |  |  |  |  |
| Brandon Mitchell Waldaias | Common Stock | 10/24/2025 | 1 | $2.6350 | ($3) |  |  |  |  |  |  |  |  |
| Brandon Mitchell Waldaias | Common Stock | 10/24/2025 | 1 | $2.6950 | ($3) |  |  |  |  |  |  |  |  |
| **Brandon Mitchell Waldaias** | **Common Stock** |  | **48,629** |  | **($275,368)** |  | **(48,631)** |  | **$125,559** | **(2)** | **($149,808)** | **$1** | **($149,816)** |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Aaron Saran | Common Stock | 2/28/2025 | 200 | $4.0000 | ($800) |  |  |  |  |  |  |  |  |
| Aaron Saran | Common Stock | 3/19/2025 | 1,000 | $3.4400 | ($3,440) |  |  |  |  |  |  |  |  |
| Aaron Saran | Common Stock | 4/3/2025 | 500 | $2.8500 | ($1,425) |  |  |  |  |  |  |  |  |
| Aaron Saran | Common Stock | 10/15/2025 | 1,000 | $0.7700 | ($770) |  |  |  |  |  |  |  |  |
| Aaron Saran | Common Stock | 10/17/2025 | 300 | $0.6800 | ($204) |  |  |  |  |  |  |  |  |
| Aaron Saran | Common Stock | 10/22/2025 | 20,000 | $6.7000 | ($134,000) |  |  |  |  |  |  |  |  |
| **Aaron Saran** | **Common Stock** |  | **23,000** |  | **($140,639)** |  | **0** |  | **$0** | **23,000** | **($140,639)** | **$22,466** | **($118,173)** |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Aaron Saran** | **P 02282025 $4** | **2/28/2025** | **2** | **assigned** | **$0** | **1/28/2025** | **(2)** | **$0.6433** | **$129** | **2** | **0** | **$0** | **$129** |

*Avg Closing Prices from November 12, 2025 to February 9, 2026

Exhibit 1
Page 5