**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MUSTAFA OMAR ALJENDAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:26-cv-00742-FMO (PVCx) |
| Plaintiff, | **ORDER GRANTING STIPULATION [33] APPOINTING CO-LEAD PLAINTIFFS AND APPROVING SELECTION OF CO-LEAD COUNSEL** |
| v. | |
| BEYOND MEAT, INC., *et al.*, | |
| Defendants. | |

Having reviewed the Stipulation for Appointment as Co-Lead Plaintiffs and Approval of Selection of Co-Lead Counsel, filed by lead plaintiff movants Brandon Mitchell Waldaias ("Waldaias"), Aaron Saran ("Saran"), and Brandon Barclay ("Barclay") on April 2, 2026, and good cause appearing for the relief requested therein, IT IS HEREBY ORDERED THAT:

1.      Every pleading in the above-captioned action (the "Action"), and any related action that is consolidated with this Action, shall hereafter bear the following caption:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE BEYOND MEAT, INC. SECURITIES LITIGATION | Case No. 2:26-cv-00742-FMO (PVCx) |
|---|---|
| THIS DOCUMENT RELATES TO: | CLASS ACTION |
| | [TITLE OF DOCUMENT] |

2.      When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When the document applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the name of the first-listed plaintiff in said action.

3.     Waldaias, Saran, and Barclay are hereby appointed Co-Lead Plaintiffs in this Action and any subsequently filed or transferred actions that are consolidated with this Action, pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

4.     Co-Lead Plaintiffs' selections of Pomerantz and Wolf Haldenstein to serve as Co-Lead Counsel are hereby approved.

5.     The hearing scheduled for April 23, 2026 at 10:00 a.m. is vacated pursuant to Local Civil Rule 7-15.

IT IS SO ORDERED.

Signed this 3rd day of April, 2026.


_____/s/_____
THE HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE