POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
jpafiti@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| IN RE BEYOND MEAT, INC. SECURITIES LITIGATION | CASE NUMBER |
|---|---|
| | 2:26-cv-00742 |

| THIS DOCUMENT RELATES TO:<br><br>All Actions | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
|---|---|

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| Calandra, Brian | of | Pomerantz LLP |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial* | | 600 Third Ave, 20th Floor |
| 212-661-1100          917-463-1044 | | New York, NY 10016 |
| *Telephone Number          Fax Number* | | |
| bcalandra@pomlaw.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Brandon Mitchell Waldaias, Aaron Saran and Brandon Barclay

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

| Jennifer Pafiti | of | Pomerantz LLP |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial* | | 1100 Glendon Avenue, 15th Floor |
| 282790          310-405-7190          917-463-1044 | | Los Angeles, California 90024 |
| *Designee's Cal. Bar No.     Telephone Number     Fax Number* | | |
| jpafiti@pomlaw.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
   ☐ for failure to pay the required fee.

   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

   ☐ for failure to complete Application: _____

   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

                                     **U.S. District Judge/U.S. Magistrate Judge**