Jennifer Pafiti (SBN: 282790)
Pomerantz LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mustafa Omar Aljendan <br><br> v. <br><br>Beyond Meat, Inc. et al. <br><br> Plaintiff(s) <br><br> Defendant(s). | CASE NUMBER <br><br> 2:26-cv-00742-FMO-PVC <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Donovan, Patrick                                   of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 545-4600                    (212) 686-0114

*Telephone Number*          *Fax Number*

Donovan@whafh.com

*E-Mail Address*

Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY 10016

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Mustafa Omar Aljendan

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Pafiti, Jennifer                                   of

*Designee's Name (Last Name, First Name & Middle Initial)*

282790                    (310) 405-7190

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

jpafiti@pomlaw.com

*E-Mail Address*

Pomerantz LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**