# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEYOND MEAT, INC. SECURITIES LITIGATION | Case No. 2:26-cv-00742-FMO-PVC<br><br>Class Action<br><br>**[PROPOSED] SCHEDULING ORDER**<br><br>Hon. Fernando M. Olguin |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

The Court, having reviewed Plaintiffs Brandon Mitchell Waldaias, Aaron Saran, and Brandon Barclay ("Co-Lead Plaintiffs") and Defendants Beyond Meat, Inc., Ethan Brown, and Lubi Kutua's ("Defendants," and together with Co-Lead Plaintiffs, the "Parties"), Joint Scheduling Stipulation ("Stipulation"), and for good cause shown, HEREBY ORDERS that:

1.      The Stipulation is GRANTED.

2.      Defendants have accepted service of the summons and the Complaint in this matter, and have expressly reserved all defenses, objections, or arguments to the allegations asserted against them, except a defense as to sufficiency of service of process of the summons and Complaint.

3.      Defendants are not required to answer, move against, or otherwise respond to the Complaint unless it is designated as the operative complaint by Co-

Lead Plaintiffs or unless Co-Lead Plaintiffs file an amended complaint under the schedule set forth below.

4.      Co-Lead Plaintiffs shall designate the operative complaint, or if filing an amended complaint, file such amended complaint on or before June 1, 2026.

5.      Defendants' motion to dismiss shall be filed on or before July 15, 2026.

6.      Co-Lead Plaintiffs' opposition to Defendants' motion to dismiss shall be filed on or before August 28, 2026.

7.      Defendants' reply memorandum in support of their motion to dismiss shall be filed on or before September 29, 2026.

**IT IS SO ORDERED**.

Dated: _____          _____

HON. FERNANDO M. OLGUIN

United States District Judge