Name and address:
LATHAM & WATKINS LLP
Michele D. Johnson (SBN 198298)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626; Tel. (714) 540-1235

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEYOND MEAT, INC. SECURITIES LITIGATION | CASE NUMBER<br><br>2:26-cv-00742-FMO-PVC |
| THIS DOCUMENT RELATES TO:<br>All Actions | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Waller, Heather A.

*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 876-7700                    (312) 993-9767

*Telephone Number*          *Fax Number*

heather.waller@lw.com

*E-Mail Address*

Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Beyond Meat, Inc., Ethan Brown, and Lubi Kutua

*Name(s) of Party(ies) Represented*                    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Johnson, Michele D.

*Designee's Name (Last Name, First Name & Middle Initial)*

198298              (714) 540-1235              (714) 755-8290

*Designee's Cal. Bar No.*   *Telephone Number*      *Fax Number*

michele.johnson@lw.com

*E-Mail Address*

Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**