LATHAM & WATKINS LLP
   Michele D. Johnson (Bar No. 198298)
    *michele.johnson@lw.com*
   Ryan A. Walsh (Bar No. 294506)
    *ryan.walsh@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel.: +1.714.540.1235; Fax: +1.714.755.8290

   Heather A. Waller (admitted *Pro Hac Vice*)
    *heather.waller@lw.com*
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel.: +1.312.876.7700; Fax: +1.312.993.9767

*Attorneys for Defendants Beyond Meat, Inc.,*
*Ethan Brown, and Lubi Kutua*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEYOND MEAT, INC. SECURITIES LITIGATION | Case No. 2:26-cv-00742-FMO-PVC |
| | <u>Class Action</u> |
| | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |
| THIS DOCUMENT RELATES TO: All Actions | Hearing:<br>Date:    October 29, 2026<br>Time:   10:00 a.m.<br>Place:  Courtroom 6D<br><br>Hon. Fernando M. Olguin |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on October 29, 2026[1] at 10:00 a.m., or as soon thereafter as the matter may be heard by the Honorable Fernando M. Olguin, in the United States District Court for the Central District of California located at Felicitas and Gonzalo Mendez United States Courthouse, 350 W. First Street, Los Angeles, CA 90012, Courtroom 6D, Defendants Beyond Meat, Inc., Ethan Brown, and Lubi Kutua ("Defendants"), by and through their undersigned counsel, will and hereby do move for an order dismissing the Amended Complaint for Violations of the Federal Securities Laws (the "AC") that plaintiffs Mustafa Omar Aljendan, Brandon Mitchell Waldaias, Aaron Saran, and Brandon Barclay filed on June 1, 2026.  This motion is made pursuant to the Private Securities Litigation Reform Act of 1995 and Federal Rules of Civil Procedure 12(b)(6) on grounds that the AC fails to state a claim upon which relief can be granted.  This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on July 8, 2026, *see* Declaration of Ryan A. Walsh ¶ 7, and is based on this Notice, the accompanying Memorandum of Law, Unopposed Request for Incorporation by Reference and Judicial Notice of Documents, the concurrently filed Declaration of Ryan A. Walsh, all pleadings on file in this action, and such oral argument as may be presented on this motion.

Respectfully submitted,

Dated:  July 15, 2026

LATHAM & WATKINS LLP
Michele D. Johnson
Heather A. Waller
Ryan A. Walsh

By:  */s/ Michele D. Johnson*
Michele D. Johnson

*Attorneys for Defendants Beyond Meat, Inc., Ethan Brown, and Lubi Kutua*

---

[1] The hearing date of October 29, 2026 accommodates Local Rule 7-2, the Court's Initial Standing Order, the Court's order granting the parties' scheduling stipulation (Dkt. 48), and lead counsel's schedule.